IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| **IN RE THE APPLICATION OF REPORTERS COMMITTEE FOR FREEDOM OF THE PRESS FOR ACCESS TO CERTAIN SEALED RECORDS** | Misc. Action No. 1:17-mc-0008-JMS-MPB<br><br>Related to Criminal Nos.<br>1:13-cr-00200-WTL-TAB (CLOSED) and<br>1:12-cr-00127-WTL-KPF (CLOSED |

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), the Reporters Committee for Freedom of the Press (the "Reporters Committee"), applicant in the above-captioned action, by and through its undersigned counsel hereby voluntarily dismisses all claims in this action without prejudice for the reasons set forth below.

On January 31, 2017, the Reporters Committee moved the Court for an order unsealing certain court records related to the United States government's completed criminal investigation and prosecution of Donald Sachtleben ("Sachtleben"), Criminal Nos. 1:13-cr-00200-WTL-TAB and 1:12-cr-00127-WTL-KPF (the "Sachtleben Matter"). *See* Application, *In re Application of Reporters Committee for Freedom of the Press for Access to Certain Sealed Records*, No. 1:17-mc-8 ("*In re Reporters Committee*") (S.D. Ind. filed January 31, 2017), ECF No. 1.

In response to that Application, on or around May 5, 2017, the U.S. Attorney's Office of Indiana (the "USAO") moved to unseal records, in redacted form, in five miscellaneous cases that were related to the Sachtleben Matter: 1:13-mj-0213-TAB, 1:13-mj-0386-TAB, 1:13-mj-0513-TAB, 1:13-mj-0555-TAB, and 1:13-mj-0561-TAB. The Court

granted those motions. While the Reporters Committee does not concede the propriety of any of the redactions made by the USAO to the unsealed records, it does not presently intend to challenge those redactions.

The government is currently cooperating with the Reporters Committee with respect to the unsealing of additional material related to the Sachtleben Matter that was filed in the United States District Court for the District of Columbia.

Because the Reporters Committee understands that all materials related to the Sachtleben Matter filed in this Court have been unsealed in redacted form, no further action is required by this Court, and the Reporters Committee voluntarily dismisses this action without prejudice.

Dated: June 12, 2017                Respectfully submitted,

                                                              */s/ Katie Townsend*
Katie Townsend
THE REPORTERS COMMITTEE FOR
FREEDOM OF THE PRESS
1156 15th Street NW, Suite 1250
Washington, DC 20005
Phone: 202.795.9300
Facsimile: 202.795.9310
ktownsend@rcfp.org

*Counsel of Record for Applicant the Reporters Committee for Freedom of the Press*

## **CERTIFICATE OF SERVICE**

      I hereby certify that the foregoing **Notice of Voluntary Dismissal Without Prejudice** was filed with the Clerk of Court using the CM/ECF system, and served on counsel for the following via email and U.S. Mail:

| | |
|---|---|
| Charles C. Hayes<br>Kathleen M. Sweeney<br>141 E. Washington Street, Suite 225<br>Indianapolis, IN 46204<br>ksween@gmail.com<br>charleshayes@gmail.com<br><br>*Attorneys for Donald Sachtleben* | Steven D. DeBrota<br>United States Attorney's Office<br>10 West Market Street, Suite 2100<br>Indianapolis, IN 46204<br>Steve.debrota@usdoj.gov<br><br>*Attorneys for the United States* |

This the 12th day of June, 2017.

                                              */s/ Katie Townsend*
                                              Katie Townsend